**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 28 PENSION FUND, Individually and on Behalf of All Others Similarly Situated**,** ) ) ) ) | |
| Plaintiffs, ) | |
| ) | Case No. 07-cv-81038-DTKH/HOPKINS |
| vs. ) ) | |
| OFFICE DEPOT, INC., STEVE ODLAND and PATRICIA A. MCKAY. ) ) ) | |
| Defendants ) | |
| -and- ) | |
| _____ ) | |
| ) | |
| BOND NICHOLS, Individually and on Behalf of All Others Similarly Situated ) ) | |
| Plaintiffs, ) | |
| ) | Case No. 07-cv-14348-KMM/LYNCH |
| vs. ) | |
| OFFICE DEPOT, INC., STEVE ODLAND and PATRICIA A. MCKAY. ) ) ) | |
| Defendants ) | |
| _____) | |

---

**NOTICE OF MOTION FOR APPOINTMENT OF THE NEW MEXICO EDUCATIONAL RETIREMENT BOARD AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES**

---

PLEASE TAKE NOTICE that New Mexico Educational Retirement Board ("New Mexico

ERB"),  by its counsel, will hereby move this Court, on a date and at such time as may be

designated by the Court for an Order (attached hereto as Exhibit A): (i) appointing it as Lead

Plaintiff; (ii) approving its selection of the law firms of Cauley Bowman Carney & Williams, PLLC

as Lead Counsel and Alters, Boldt, Brown, Rash & Culmo, P.A. as Liaison Counsel; (iii)

consolidating the related cases; and (iv) granting such other and further relief as the Court may

deem just and proper.   In support of this Motion, movant submits a Memorandum of Law and the

Declaration of David C. Rash, dated January 4, 2007.

Dated: January 4, 2007.                    Respectfully Submitted,


By:___ *s/David C. Rash, Esquire*_____
DAVID C. RASH, ESQUIRE
FLORIDA BAR #0977764
Attorneys for New Mexico ERB
david@abbrclaw.com
ALTERS, BOLDT, BROWN, RASH & CULMO, P.A.
Miami Design District, Suite 201
4141 Northeast 2nd Avenue
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:     (305) 571-8558

**Proposed Liaison Counsel**

and

RANDALL K. PULLIAM, ESQUIRE
Attorneys for New Mexico ERB
**CAULEY BOWMAN CARNEY & WILLIAMS, PLLC**
J. Allen Carney, Esquire
Darrin L. Williams, Esquire
11311 Arcade, Suite 200
Little Rock, AR 72212
Telephone:     501-312-8500
Facsimile:     501-312-8505

**Proposed Lead Counsel**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 28 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-81038-DTKH/HOPKINS |
| vs. | ) ) | |
| OFFICE DEPOT, INC., STEVE ODLAND and PATRICIA A. MCKAY. | ) ) ) | |
| Defendants | ) ) | |
| -and- | ) ) | |
| BOND NICHOLS, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-14348-KMM/LYNCH |
| vs. | ) ) | |
| OFFICE DEPOT, INC., STEVE ODLAND and PATRICIA A. MCKAY. | ) ) ) | |
| Defendants | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 4, 2008,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:___*s/David C. Rash, Esquire*_____
   DAVID C. RASH, ESQUIRE
   FLORIDA BAR #0977764

3

## SERVICE LIST

**SHEET METAL WORKERS LOCAL 28 PENSION FUND, Individually and on Behalf of All Others Similarly Situated versus OFFICE DEPOT, INC, STEVE ODLAND and PATRICIA A. McKAY**
**CASE NO. 07-cv-81038-DTKH/HOPKINS**
**United States District Court, Southern District of Florida**

**BOND NICHOLS, Individually and on Behalf of All Others Similarly Situated versus OFFICE DEPOT, INC, STEVE ODLAND and PATRICIA A. McKAY**
**CASE NO. 07-cv-14348-KMM/LYNCH**
**United States District Court, Southern District of Florida**

DAVID C. RASH, ESQUIRE
david@abbrclaw.com
Alters, Boldt, Brown, Rash & Culmo, P.A.
Miami Design District, Suite 201
4141 Northeast 2nd Avenue
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:     (305) 571-8558
Attorneys for New Mexico ERB

RANDALL K. PULLIAM, ESQUIRE
Cauley Bowman Carney & Williams, PLLC
J. Allen Carney, Esquire
Darrin L. Williams, Esquire
11311 Arcade, Suite 200
Little Rock, AR 72212
Telephone:     501-312-8500
Facsimile:     501-312-8505
Attorneys for New Mexico ERB

JOSEPH E. WHITE, III, ESQUIRE
jwhite@saxenawhite.com
Saxena White, P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
Telephone:     561-394-3399
Facsimile:     561-394-3382
Attorneys for Plaintiff
Sheet Metal Workers Local 28 Pension Fund

MAYA SUSAN SAXENA, ESQUIRE
msaxena@saxenawhite.com
Saxena White, P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
Telephone:     561-394-3399
Facsimile:     561-394-3382
Attorneys for Plaintiff
Sheet Metal Workers Local 28 Pension Fund

ALVIN F. LINDSAY, III, ESQUIRE
aflindsay@hhlaw.com
Hogan & Hartson
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:     305-459-6500
Facsimile:     305-459-6550
Attorneys for Defendant
Office Depot, Inc.

DAVID J. GEORGE, ESQUIRE
dgeorge@csgrr.com
Coughlin Stoia Geller Rudman & Robbins, LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone:     561-750-3000
Facsimile:     561-750-3364
Attorneys for Plaintiff
Bond Nichols

ALFRED G. YATES, JR., ESQUIRE
Alleghney Building
429 Forbes Avenue, Suite 1618
Pittsburgh, PA 15219
Telephone:     412-338-2266
Attorneys for Plaintiff
Bond Nichols

[Service via CM/ECF Notice of Electronic Filing and via U.S. Mail]