UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO CASE NO. 07-81038-CIV-HURLEY
(Consolidated Case: Lead action)

SHEET METAL WORKERS LOCAL 28
PENSION FUND, individually and on behalf of others similarly situated,
    plaintiffs,

vs.
OFFICE DEPOT, INC., STEVE ODLAND and
PATRICIA McCKAY,
    defendants.
_____/   Case No. 07-81038

BOND NICHOLS individually and on behalf of all
others similarly situated,
    plaintiffs

vs.
OFFICE DEPOT, INC., STEVE ODLAND, and
PATRICIA McCAY,
    defendants.
_____/   Case No. 07-14348

## ORDER CONSOLIDATING SECURITIES CLASS ACTIONS

**THIS CAUSE** is before the Court upon the parties motions for consolidation. Upon consideration of the parties' responses to the Court's prior show cause order on consolidation, the Court finds consolidation of the above two securities class action to be appropriate.

It is accordingly **ORDERED** and **ADJUDGED**:

1. The parties' motions for consolidation [Case No. 07-14348, DE # 14; Case No. 07-81038, DE # 17] are **GRANTED,** and the above styled securities class action cases now pending in the Southern District as captioned above are now **CONSOLIDATED** in this division.

    2.     Unless otherwise directed by the Court, **all further pleadings in these actions shall bear the case style and number of the lead case,** *Sheet Metal Workers Local 28 Pension Fund v Office Depot,* **Case No. 07-81038-CIV-HURLEY.** Pleadings need only be filed under this number; no duplicates are needed.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida this 21ST day of March, 2008.

                                            Daniel T.K. Hurley
                                            United States District Court Judge

cc.
all counsel