IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81038-CIV-HURLEY/HOPKINS

SHEET METAL WORKERS LOCAL 28
PENSION FUND, Individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

OFFICE DEPOT, INC., STEVE ODLAND and
PATRICIA McKAY,

    Defendants.

_____/

## LEAD PLAINTIFF'S NOTICE OF APPEAL

Lead Plaintiff the New Mexico Educational Retirement Board, in its individual capacity and on behalf of the Plaintiff class, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the dismissal with prejudice and judgment entered in favor of Defendants Office Depot, Inc., Steve Odland, and Patricia McKay on January 15, 2010 and all the orders upon which that action is based. Specifically, Lead Plaintiff appeals from the following orders:

1.     Order Granting Defendants' Motion to Dismiss Second Consolidated Class Action Complaint [DE # 77: Case No. 07-81038] [DE # 50: Case No. 07-1438] & Final Order of Dismissal with Prejudice & Close-Out signed on January 14, 2010 and entered on January 15, 2010; and

2.     Order Granting Defendants' Motion to Dismiss Consolidated Amended Complaint [DE# 31: Case No. 07-14348] [DE# 58: Case No. 07-81038] signed and entered on March 31, 2009.

Dated: February 9, 2010

Respectfully Submitted,

_____
Alan B. Rose
Florida Bar No. 961825
L. Louis Mrachek
Florida Bar No. 182880
**PAGE, MRACHEK, FITZGERALD
 & ROSE, P.A.**
Suite 600
505 S. Flagler Dr.
West Palm Beach, Florida 33401
Phone:  (561) 355-6970
Fax:  (561) 655-5537

*Liaison Counsel*

**CARNEY WILLIAMS BATES
BOZEMAN
& PULLIAM, PLLC**
Marcus Neil Bozeman
J. Allen Carney
Randall K. Pulliam
11311 Arcade, Suite 200
Little Rock, AR 72212
Phone: (501) 312-8500
Fax: (501) 312-8505

*Counsel for Lead Plaintiff New Mexico
Educational Retirement Board*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2010, I filed the foregoing with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner as indicated for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Alan B. Rose
Florida Bar No. 961825

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-cv-81038-HURLEY/HOPKINS
(Consolidated Case: Lead Action)

## SERVICE LIST

| | |
|---|---|
| Joseph E. White, III, Esquire<br>    e-mail: jwhite@saxenawhite.com<br>Maya Susan Saxena, Esquire<br>    e-mail: msxena@saxenawhite.com<br>Saxena White, P.A.<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>(561) 394-3399 Telephone<br>(561) 394-3382 Facsimile<br>Attorneys for Plaintiff<br>Sheet Metal Workers Local 28 Pension Fund<br>**via CM/ECF** | David J. George, Esquire<br>    e-mail: dgeorge@csgrr.com<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>561-750-3000 Telephone<br>561-750-3364 Facsimile<br>Attorneys for Plaintiff Bond Nicholas<br>**via CM/ECF** |
| Alvin F. Lindsay, III, Esquire<br>    e-mail: aflindsay@hhlaw.com<br>Daniel E. Gonzalez, Esquire<br>    e-mail: degonzalez@hhlaw.com<br>Hogan & Hartson<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>(305) 459-6500 Telephone<br>(305) 459-6550 Facsimile<br>Attorneys for Defendant<br>Office Depot, Inc.<br>**via CM/ECF** | Alfred G. Yates, Jr., Esquire<br>Alleghney Building<br>429 Forbes Avenue, Suite 519<br>Pittsburgh, PA 15219-1604<br>(412) 338-2266 Telephone<br>Attorneys for Plaintiff<br>Bond Nichols<br>**via U.S. Mail** |
| David Charles Rash, Esquire<br>    e-mail: david@abbrclaw.com<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, FL 33137<br>(305) 571-8550 Telephone<br>(305) 571-8558 Facsimile<br>Local Counsel for New Mexico ERB<br>**via CM/ECF** | J. Allen Carney, Esquire<br>Darrin L. Williams, Esquire<br>Randall K. Pulliam, Esquire<br>Cauley Bowman Carney & Williams, PLLC<br>11311 Arcade, Suite 200<br>Little Rock, AR 72212<br>(501) 312-8500 Telephone<br>(501) 312-8505 Facsimile<br>Counsel for New Mexico ERB<br>**via U.S. Mail** |

| | |
|---|---|
| Kenneth Vianale, Esquire<br>    e-mail: kvianale@vianalelaw.com<br>Julie Prag Vianale, Esquire<br>    e-mail: jvianale@vianalelaw.com<br>Vianale & Vianale, LLP<br>2499 Glades Road, Suite 112<br>Boca Raton, FL 33431<br>(561) 392-4750 Telephone<br>(561) 392-4775 Facsimile<br>Counsel for Steelworkers Pension Trust<br>**Via CM/ECF** | Sherrie R. Savett, Esquire<br>Phyllis M. Parker, Esquire<br>Berger Montague, P.C.<br>1622 Locust Street.<br>Philadelphia, PA 19103<br>(215) 875-3000 Telephone<br>(215) 875-4604 Facsimile<br>Counsel for Steelworkers Pension Trust<br>**Via U.S. Mail** |
| Emily C. Komlossy, Esquire<br>    e-mail: ekomlossy@faruqilaw.com<br>Faruqi & Faruqi, LLP<br>3595 Sheridan Street, Suite 206<br>Hollywood, FL 33020<br>(954) 239-0280 Telephone<br>(954) 239-0281 Facsimile<br>Attorneys for Derivative Plaintiffs Lola Mason and Robert Marin<br>**via CM/ECF** | Nadeem Faruqi, Esquire<br>    e-mail: nfaruqi@faruqilaw.com<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>(212) 983-9330 Telephone<br>(212) 983-9331 Facsimile<br>Attorneys for Derivative Plaintiffs Lola Mason and Robert Marin<br>**via CM/ECF** |
| Mark C. Gardy, Esquire<br>    e-mail: mgardy@gardylaw.com<br>Gardy & Notis, LLP<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, NJ 07632<br>(212) 567-7377 Telephone<br>(212) 567-7337 Facsimile<br>Attorneys for Derivative Plaintiff Robert Marin<br>**via CM/ECF** | |